Admiral Trailer Manufacturing Company, Appellee,
v. All States Trailer Company, and George J.
Blosten, Appellants.

Gen. No. 46,138.

Samuel T. Lawton, Samuel T. Lawton,
Jr., and Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appel-
lants; David Levinson, and Samuel T. Lawton, Jr., of counsel; Taylor,

Miller, Busch & Magner, for appellee; Richard F. Babcock, of counsel. Opinion by Justice Friend. **Not to be published in full.** Opinion filed October 26, 1953; released for publication December 1, 1953.